**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| **MARY CASEY, as Administrator of the** | ) | | |
| **Estate of Phillip Casey, Deceased,** | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **vs.** | ) | **No.** | **11-362-SCW** |
| | ) | | |
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Defendant(s),** | ) | | |
| | ) | | |

<u>**JUDGMENT IN A CIVIL CASE**</u>

   **IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States

Magistrate Judge Stephen C. Williams   on September 13, 2012 (Doc. 46)  the above-captioned action

is **DISMISSED** with prejudice.

   **Dated:   September 14, 2012**

                              **Nancy J. Rosenstengel, Clerk of Court**

                              **By: <u>s/Angie Vehlewald</u>**
                                   **Deputy Clerk**

**Approved: <u>s/Stephen C. Williams</u>**
       **STEPHEN C. WILLIAMS**
       **United States Magistrate Judge**