IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY CASEY, as Administrator of the Estate of Phillip Casey, Deceased,<br>    Plaintiff, | ) ) ) ) | |
| vs. | ) ) | No. 11-362-SCW |
| UNITED STATES OF AMERICA,<br>    Defendant(s), | ) ) ) ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on September 13, 2012 (Doc. 46) the above-captioned action is **DISMISSED** with prejudice.

Dated: September 14, 2012

                     Nancy J. Rosenstengel, Clerk of Court

                     By: s/Angie Vehlewald
                         Deputy Clerk

Approved: s/Stephen C. Williams
    STEPHEN C. WILLIAMS
    United States Magistrate Judge